# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Stephanie Michelle Gardner, | C/A No.: 2:19-cv-3243 DCN |
| Plaintiff, | **ORDER** |
| vs. | |
| S. Duane Lewis; and Randy Demory, | |
| Defendants. | |

The above referenced case is before this court upon the magistrate judge's recommendation that defendants' motion to dismiss be granted and defendants S. Duane Lewis and Randy Demory be dismissed as party defendants.

This court is charged with conducting a <u>de</u> <u>novo</u> review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. <u>Thomas v Arn</u>, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. <u>United States v. Schronce</u>, 727 F.2d 91 (4th Cir. 1984), ,<u>cert</u>. <u>denied</u>, 467 U.S. 1208 (1984 ).[1]  **Objections to the Magistrate Judge's Report and Recommendation were timely filed on March 25, 2020 by plaintiff. Defendants filed a reply**

---

[1] In <u>Wright v. Collins</u>, 766 F.2d 841 (4th Cir. 1985), the court held "that a <u>pro</u> <u>se</u> litigant must receive fair notification of the <u>consequences</u> of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal. The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" <u>Id.</u> at 846. Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the appellate level of his failure to object to the magistrate judge's report.

**on March 27, 2020.**

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's Report and Recommendation is **AFFIRMED,** defendants' motion to dismiss is **GRANTED**, and defendants Lewis and Demory are **DISMISSED** as party defendants.

**AND IT IS SO ORDERED.**

                                              David C. Norton
                                              United States District Judge

April 2, 2020
Charleston, South Carolina

### *NOTICE OF RIGHT TO APPEAL*

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure